UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONRELL DONOVAN MURPHY,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | No. 2:19-cv-1719 MCE KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel. On October 27, 2020, the parties filed a stipulation for voluntary dismissal with prejudice. (ECF No. 31.) Pursuant to such stipulation, IT IS HEREBY ORDERED that plaintiff's complaint is dismissed in its entirety with prejudice. Each side shall bear its own attorneys' fees and costs.

Dated:  October 28, 2020

/murp1719.dsm

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1